■ In the Matter of JOHN H. LIVINGSTON, JR., Appellant. CHARLES A. LIVINGSTON, Respondent.— Motion for a stay and for other relief denied, with $10 costs. Concur — Botein, P. J., McNally, Stevens and Steuer, JJ.

■ ETHEL BROWN et al. v. HUGH BULLOCK et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ MAXIMINO CAMACHO v. MORTON TABAK et al.— Motion for an order vacating default granted and the order of this court entered on March 8, 1962 is vacated and the appeal reinstated on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ In the Matter of TAPPAN MOTORS, INC. v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York.— Motion for a stay granted on condition that the petitioner procures the record in this proceeding and petitioner's points to be served and filed on or before September 11, 1962, with notice of argument for the October 1962 Term of this court, said proceeding to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ GEORGE JENKINS, by ANNIE B. JENKINS, His Guardian ad Litem, v. HEARST CORPORATION.— Motion for consolidation denied with leave to renew upon a showing of this court's jurisdiction. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ ETHEL BROWN et al. v. HUGH BULLOCK et al.— Motion to dispense with printing granted insofar as to allow appellants to have the appeal from the order entered on April 18, 1962 and the appeal from the order and judgment entered on June 7, 1962 heard in one appeal book, without duplication of printing, upon condition that appellants procure the record on appeal and appellants' points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeals to be argued or submitted when reached. The appellants are permitted to dispense with the printing of the exhibits, consisting of the record on appeal and all briefs submitted in connection with the prior appeals herein from the orders of July 31, 1961 and November 27, 1961, on condition that one copy of the prior record on appeal and one copy of all briefs submitted thereon are filed with this court on or before October 3, 1962. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEWIS MOORE.— Motion for an order extending stay granted on condition that defendant-appellant complies with the terms and conditions contained in the order of this court entered on May 17, 1962. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS HERRMANN.— Motion for an order permitting withdrawal of attorneys granted. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.